BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*email: admin@sdlawoffice.net*

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH A. PARNES, an Individual; and AARON M. PARNES, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT BOLLINGER, an Individual; and DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01850-GMN-PAL<br><br><br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, SARAH A. PARNES and AARON M. PARNES, and Defendant, ROBERT BOLLINGER, by and through their

/ / /

/ / /

/ / /

1

respective attorneys of record, that the above-entitled action be dismissed with prejudice. Each party to bear their own costs and fees.

Dated this 13th day of June, 2016.

   /s/ Michael Hottman
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No.: 002297
MICHAEL E. HOTTMAN, ESQ.
Nevada Bar No.: 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
STEPHENSON & DICKINSON
2820 West Charleston Blvd., Suite B-19
Las Vegas, NV  89102
(702) 474-7229
*Attorney for Defendant*

Dated this 13th day of June, 2016.

   /s/ Leonard H. Stone
LEONARD H. STONE, ESQ.
Nevada Bar No: 005791
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, NV  89101
T:  702-385-2220
F:  702-384-0394
*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED** this  16  day of    June    , 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**

2